UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUANITA Y. JAMES, as Administratrix of the Estate of SITARAH
DANIELS, deceased

Plaintiff,

-against-

MONROE COUNTY, MONROE COUNTY SHERIFF TODD K.
BAXTER, MONROE COUNTY JAIL SUPERINTENDENT
RONALD HARLING, JOHN DOE MONROE COUNTY
SHERIFF'S DEPUTIES 1-6, PRIME CARE MEDICAL OF NEW
YORK, INC.,

Defendants.

**STIPULATION OF
DISCONTINUANCE**
Civil No. 6:20-cv-07094-
CJS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUANITA Y. JAMES, as Administratrix of the Estate of SITARAH
DANIELS, deceased

Plaintiff,

-against-

ALISON O'CONNELL; LESLIE AVILA; SONIA MEDINA;
LAKISHA SHEPARD; MARSHALL COWEY; JESSICA DALY;
MARLENE GRANA; JOSEPH MERINO; and  WANDA
JOHNSON BELL,

Defendants.

**STIPULATION OF
DISCONTINUANCE**
Civil No. 6:22-cv-06015-
CJS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of this action, the above-entitled action be, and the same

hereby is discontinued, with prejudice and without costs to either party as against the other, This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December _____, 2025                                  Dated:  December_____, 2025

_____                             _____
By:  Samantha C. Riggi, Esq.                                 By:  Paul Sanders, Esq.
BOTTAR LAW, PLLC                                             BARCLAY DAMON
*Attorney for Plaintiff*                                     *Attorney for Defendants*
7078 East Genesee Street                                     2000 Five Star Bank Plaza
Fayetteville, NY 13066                                       100 Chestnut Street
Tel: (315) 422-3466                                          Rochester, NY 14604
Fax: (315) 422-4621                                          Tel: (585) 295-4426
                                                             Fax: (585) 295-8422


Dated: December _19_ , 2025

_____
By:  Adam M. Clark, Esq.
COUNTY OF MONROE
*Attorney for Defendants*
307 County Office Building
39 West Main Street
Rochester, NY 14614
Tel: (585) 753-1374
Fax: (585) 324 - 4227


**IT IS SO ORDERED:**

_____
Hon. Charles J. Siragusa
United States District Judge

Dated: December _____, 2025

hereby is discontinued, with prejudice and without costs to either party as against the other, This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December 19 , 2025

By: Samantha C. Riggi, Esq.
BOTTAR LAW, PLLC
*Attorney for Plaintiff*
7078 East Genesee Street
Fayetteville, NY 13066
Tel: (315) 422-3466
Fax: (315) 422-4621

Dated: December 19 , 2025

By: Paul Sanders, Esq.
BARCLAY DAMON
*Attorney for Defendants*
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, NY 14604
Tel: (585) 295-4426
Fax: (585) 295-8422

Dated: December ____ , 2025

By: Adam M. Clark, Esq.
COUNTY OF MONROE
*Attorney for Defendants*
307 County Office Building
39 West Main Street
Rochester, NY 14614
Tel: (585) 753-1374
Fax: (585) 324 - 4227

**IT IS SO ORDERED:**

Hon. Charles J. Siragusa
United States District Judge

Dated: December ____ , 2025